## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEVID RODRIGUEZ-ZAGUILAN,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>PAM BONDI, Attorney General of the United States, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 25-cv-01216-BAS<br><br>**ORDER DENYING PETITION AS MOOT** |

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum. (ECF Nos. 1–2.) The Petition alleges Petitioner has not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. The Court ordered the Government to respond. (ECF No. 3.) The Government filed a response demonstrating Petitioner has been arraigned before a magistrate judge. (ECF No. 5.)

Accordingly, the Court **DENIES** the Petition and Application as moot. Whether the delay in arraignment was unreasonable or has any consequence can be raised in the underlying criminal case. This case is closed.

**IT IS SO ORDERED.**

**DATED: May 16, 2025**

*[signature: Cynthia Bashant]*

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv1216